IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-03272-NRN

L.J.C.,

        Plaintiff,

v.

MARTIN O'MALLEY, Commissioner of Social Security,[1]

        Defendant.

---

### ORDER APPROVING STIPULATION OF AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

---

        The Joint Stipulation for an Award of Attorney Fees Under the Equal Access to Justice Act (ECF No. 21), filed December 21, 2023, is GRANTED.

        In consideration thereof, it is ORDERED that Plaintiff is awarded attorney fees in the amount of $6,632.79 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, as the prevailing party herein.  If Plaintiff's counsel is subsequently awarded any fees pursuant to 42 U.S.C. §406(b), he must refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

        It is further ORDERED that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney.  However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

Dated, this 21st day of December, 2023.

*N. Reid Neureiter*
N. REID NEUREITER
United States Magistrate Judge